**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: SHARI A HOGG                                           ) Case No. 19 B 11764
                                                                               )
                                                     Debtor   ) Chapter 13
                                                                               )
                                                                               ) Judge: DONALD R CASSLING


**NOTICE OF MOTION**


SHARI A HOGG                                              CUTLER & ASSOC
                                                                      via Clerk's ECF noticing procedures

1623 MCKOOL AVE
STREAMWOOD, IL 60107

Please take notice that on June 27, 2019 at 10:00 am my designee or I will appear before the Honorable
Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion
set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons
named above by U.S. mail at  55 E Monroe St.,  Chicago, IL or by the methods indicated on June 19, 2019.


                                                                  /s/ Tom Vaughn


**TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in
support thereof states:

1.  On April 24, 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend I - income appears overstated vs her testimony; amend CMI - income not listed and amend plan -
#3.3 auto filed $15,446.11 arrears $3672.34 per plan $13,000.


WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant
to 11 U.S.C. § 1307 (c) (1).

                                                                  Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                                  /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900