IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 19-11764 |
| Shari A Hogg ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge: Donald R Cassling |

NOTICE OF MOTION & SHORTEN NOTICE

To:   Tom Vaughn, Chapter 13 Trustee *notice via ECF delivery system*

The United States Trustee, Patrick S. Layng, *notice via ECF delivery system*

Shari A Hogg, 1623 McKool Ave. Streamwood, IL 60107 *notice via US Mail*

Prestige Financial Services, Po Box 26707 Salt Lake City, UT 84126 *notice via US Mail*

Prestige Financial Services, 351 Opportunity Way, Draper, UT 84020 *notice via US Mail*

Hopkins Ford of Elgin, 1045 E Chicago St., Elgin IL 60120 *notice via US Mail*

*See attached service list*

On July 25, 2019 at 9:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Donald Cassling or any other Bankruptcy Judge presiding at 219 South Dearborn Street., Chicago, IL 60604 Courtroom 619. and shall present the **Motion to Obtain/Incur Debt & Shorten Notice**, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St. Skokie IL 60076
(847) 673-8600

CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 5:00 p.m. on or before July 19, 2019.

/s/ *David H. Cutler*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 19-11764 |
|    Shari A Hogg ) | |
| ) | Chapter 13 |
| ) | |
|    Debtor(s). ) | Judge: Donald R Cassling |

## MOTION TO OBTAIN/INCUR DEBT & SHORTEN NOTICE

NOW COMES the Debtor, Shari A Hogg, by and through her attorneys, Cutler and Associates, Ltd., and moves this Honorable Court to enter an order authorizing the Debtor to obtain financing for the purchase of a vehicle on shortened notice. In support thereof, Debtor states as follows:

1. That on April 24, 2019 the Debtor filed for Chapter 13 protection. The Debtor's Plan has not been confirmed yet.

2. That under the filed petition and schedules the Debtor has a 2013 Ford Focus.

3. That the Debtor's vehicle, the 2013 Ford Focus requires extensive repairs, is not a reliable means of transportation and the Debtor is seeking to surrender the vehicle to the finance company, Prestige Financial Services.

4. That the Debtor found a used 2016 Ford Escape at Hopkins Ford that she would like to purchase.

5. That the Debtor needs a car for transportation to and from work, to transport her daughter to school, to pick up groceries and for doctor visits.

6. The Debtor is seeking to shorten notice as she needs a reliable car for work.

7. The Debtor seeks permission of this Court to incur new debt to purchase a used 2016 Ford Escape with a price of $16,732.71 that will result in having monthly automobile

installment payments of $402 for 72 months with a total sales price of $28,944. (See Exhibit A)

WHEREFORE, Debtor prays that this Court enter an order that will allow her to incur $28,944 in auto financing with installment payments of $402 per month for 72 months.

    Respectfully submitted;

    Shari A Hogg

    By:  /s/ *David H. Cutler*
    David H. Cutler, esq.
    His Attorney
    Cutler & Associates, Ltd.
    4131 Main St.
    Skokie IL 60076
    (847) 673-8600