UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-11764 |
| Shari A Hogg | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO OBTAIN/INCUR DEBT & SHORTEN NOTICE

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED:

1. The Debtor is permitted to purchase a used 2016 Ford Escape or a similar vehicle, with an amount financed not to exceed $28,944 and payments not to exceed $402 per month, and

2. Notice is shortened to 6 days.

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  July 25, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600